# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES G. DELERY AND EDWARD
J. DELERY, JR.

NO. 2024 CW 0284

VERSUS

THE BORGNEMOUTH REALTY
COMPANY, LIMITED, ET AL

MAY 20, 2024

---

In Re: The Board of Commissioners of the Port of New Orleans, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 23010053.

---

**BEFORE:** **McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT